ANDREW H. SMITH, Appellant, *v.* HORATIO R. WILCOX, Respondent.

*Smith* v. *Wilcox,* 64 App. Div. 618, appeal dismissed.
(Argued December 1, 1902; decided December 16, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1901, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*H. C. M. Ingraham* and *Isaac N. Miller* for appellant.

*Herbert Green* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.